## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DEMETRIZE CARTER,                         )
                                          )
    Plaintiff,                        )
                                          )
v.                                        )    Case No. CIV-25-958-D
                                          )
CITY OF DEL CITY, OKLAHOMA, et al.,       )
                                          )
    Defendants.                       )

## ORDER

Before the Court are the Motion to Dismiss of Defendant City of Del City and Supporting Brief [Doc. No. 29] and Defendant Shawn Hogue's Partial Motion to Dismiss and Brief in Support [Doc. No. 32]. In response, Plaintiff filed his Second Amended Complaint [Doc. No. 37], as authorized by FED. R. CIV. P. 15(a)(2). Upon consideration, the Court finds that Defendants' motions to dismiss, directed at Plaintiff's Amended Complaint [Doc. No. 16], are moot. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (amended complaint supersedes the original); *see also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir. 2015).

The Court also addresses Defendant School District's Motion to Dismiss and Brief in Support [Doc. No. 25]. On February 20, 2026, Plaintiff filed a Notice of Dismissal Without Prejudice dismissing his claims against Defendant Independent School District No. 4 of Oklahoma County, a/k/a Choctaw-Nicoma Park Schools [Doc. No. 33]. Accordingly, Defendant School District's Motion to Dismiss and Brief in Support [Doc. No. 25] is moot.

1

**IT IS THEREFORE ORDERED** that the Motion to Dismiss of Defendant City of Del City and Supporting Brief [Doc. No. 29], Defendant Shawn Hogue's Partial Motion to Dismiss and Brief in Support [Doc. No. 32], and Defendant School District's Motion to Dismiss and Brief in Support [Doc. No. 25] are **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 23rd day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2